(Rev. 01/21) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT

for the

## Western District of New York

| | |
|---|---|
| KEVIN BARBER   No.: 22-B-0033 | Case No. ___21 CV-960___ |
| *Plaintiff(s)* | *(to be filled in by the Clerk's Office)* |
| *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | |
| **-v-** | **JURY TRIAL**: Yes _XX_ No ___ |
| County of Erie | |
| Erie County Sheriff's Department | |
| Former Eire County Sheriff Timothy | |
| Howard, CO Schein, CO JOHN DOE | |
| *Defendant(s)* | |
| *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)* | |

*United States District Court — FILED NOV 16 2022 — Mary C. Loewenguth, Clerk — Western District*

# COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

## (Prisoner Complaint)

**NOTICE**

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Kevin Barber |
| All other names by which you have been known: | |
| ID Number | 22-B-0033 |
| Current Institution | Groveland Correctional Facility |
| Address | 7000 Sonyea Rd., P.O. Box 50 |
| | Sonyea                 New York   14556-0050 |
| | *City*         *State*         *Zip Code* |

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | County of Erie |
| Job or Title *(if known)* | County Goverment |
| Shield Number | |
| Employer | |
| Address | |
| | *City*         *State*         *Zip Code* |

[X] Individual capacity   [X] Official capacity

Defendant No. 2

| | |
|---|---|
| Name | Erie County Sheriff's Department |
| Job or Title *(if known)* | Sheriff of Erie County |
| Shield Number | |
| Employer | John C. Garcia, Sheriff (Present) |
| Address | 10 Delaware Ave. |
| | Buffalo                 New York   14202 |
| | *City*         *State*         *Zip Code* |

[X] Individual capacity   [X] Official capacity

(Rev. 01/21) Complaint for Violation of Civil Rights (Prisoner)

**Defendant No. 3**
- Name — Timothy Howard, Former Sheriff
- Job or Title *(if known)* — Former Sheriff of Erie County
- Shield Number
- Employer — County of Erie
- Address — 10 Delaware Ave.

| Buffalo | New York | 14202 |
|---|---|---|
| *City* | *State* | *Zip Code* |

[X] Individual capacity    [ ] Official capacity

**Defendant No. 4**
- Name — Correctional Officer Schein
- Job or Title *(if known)* — Erie County Correctional Facility
- Shield Number
- Employer — County of Erie
- Address — 11581 Walden Ave.

| Alden | New York | |
|---|---|---|
| *City* | *State* | *Zip Code* |

[X] Individual capacity    [X] Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

**A.**    Are you bringing suit against *(check all that apply)*:

[ ] Federal officials (a *Bivens* claim)

[X] State or local officials (a § 1983 claim)

**B.**    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

**C.**    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Defendant(s) continued from page 3


Defendant No. 5

        Correctional Officer John Doe
        Erie County Correctional Facility
        County of Erie
        11581 Walden Ave.
        Alden, New York 14004

Defendant is sued in his  X Individual and  X Official Capacity

END OF DEFENDANTS

(Rev. 01/21) Complaint for Violation of Civil Rights (Prisoner)

**D.** Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

SEE attached page annexed after this page.

## III.    Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [x] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [ ] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [ ] Other *(explain)* _____

## IV.    Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

**A.** If the events giving rise to your claim arose outside an institution, describe where and when they arose.

On June 25, 2021, my privacy rights were violated by ECSD Employee John Doe.

**B.** If the events giving rise to your claim arose in an institution, describe where and when they arose.

Erie County Correctional Facility, May 17, 2021.

This section will describe how the following defendants violated Plaintiff's Rights of Due Process, and Crul and Unusual punishment. Furthermore, the plaintiff's privacy rights, and equal protaction under the Color of Law:

Color of Law:  The appearance or semblance, without the substance, of a legal right.  Implies a misuse of power made possible by the wrongdoer is clothed with the authority of the State.

Defendant No. 1 = County of Erie

The Erie County Sheriff's Department is employed by County goverment, and the County being Erie, in the State of New York.  The County is held liable for damages due to it(s) employees the afflicted the harm to petitioner as follows:

Defendant No. 2 - Erie County Sheriff (former) Timothy B. Howard.

Public officials are generally entitled to qualified liability from immunity in civil damages under § 1983 for good faith performance of their official duties.  <u>Coleman v. McHenry,</u> <u>E.D.Va. 1990, 735 F.Supp. 190.</u>

However, under Supervisor Liability, the Erie County Sheriff's Department has an obligation to train there deputies and Correctional Staff, in accordanance with the Erie County Sheriff's Departments "Rules of Conduct", under the Erie County Sheriff's Department's "General Orders".

Sheriff T. Howard, should of known by improperly training his correctional staff in regards to plaintiff's claims, that is/was the hearing officer that should of determined, due to plaintiff not haveing anything to do with the alleged incident that occured on May 17, 2021 at the Erie County Correctional Facility

4A

in Alden, New York.

It was Sheriff Howards job, as Supervisor of not only the
Erie County Sheriff's Department, though the Erie County
Sheriff's Correctional Facility in Alden, New York, to make
certin his deputies/correctional staff that [he] employs
does there job in the right mannor, without inflicting harm
on innocent inmates, as was done to plaintiff herein.


Defendant No.: 3-  Correction Officer Schein

Is the Sgt. responsible for the misbehavior report, and First
claim herein, (See pg. 4 C).

Defendant John Doe as Defendant No. 4

John Doe, may be part of the Erie County Sheriff's Dept.,
upon information and belief, John Doe is responsible for the
**SECOND CLAIM (See Annexed Under Claim No. 2)**


End of part (D).

## Continued Attached page, Section "D"

## 1st Claim

On May 17, 2021, at 5:30 p.m., a riot took place at the Erie County Correctional Facility, Delta Unit. Eire County Correctional Administration and the Sheriffs Dept., has maliciously and intentionally violated my rights to due process of law. As well as inflicted, cruel and unusual punishment for mental health issues, disregarding the commission of corrections rules and standards by arbitrary placeing me on administration segregation knowing the side effects of (23) twenty-three hour lock-downs and (1) one hour recreation and also finding me and everyone on Delta Unit guilty for the actions of people / inmates who they knew was in fact responsible for this riot according to Sheriff reports / investigations, "still" found me "guilty" at a disciplinary hearing without "equal" protection and/or due process of law.

The report for the misbehavior report was vague conduct and generally stated no specific conduct the I, Kevin Barber, did in the ticket written by Sgt. Schein, in that I was not seen doing no violative conduct to warrant a report, as no evidence whatsoever is against me, nor was there any given or placed in same report according to the Erie County Sheriffs Dept., / Detectives investigation and police reports. Also on June 7th, 2021, at approx. 1:00 p.m. at the Erie County Correctional Facility following said riot, I was found guilty of all charges by the facility administration, in violation of rules without proof and no recording of the hearing as well; (See 7 NYCRR 253.1

### Section 253.1. Establishment of the disciplinary hearing officer

(a) There shall be at each correctional facility one or more hearing officers of the rank of lieutenant or above who shall function as a disciplinary hearing officer, the number to be dependent upon the needs of the facility. The superintendent may, in his discretion, designate some other employee to conduct disciplinary hearings.

(b) The disciplinary hearing officer shall be responsible for conducting disciplinary hearings in an impartial manner. No person who has participated in any investigation of the acts shall be a hearing officer at a hearing relating to those acts, nor shall any person who has prepared or caused to be prepared the misbehavior report on which a hearing is held, act as the hearing officer on that charge.)

noting to support the allegations of myself, committing any misconduct whatsoever, which violates my due process / equal protection. I was sentenced to 90 days in the special housing unti (shu) (Bravo-unit), on Administrative Seg., loss of video visits (due to covid-19 video visitation only), without any evidence of this writter being of violant behavior whatsoever, recieve (23) twenty-three hour lockdowns, $525.00 surcharge fee as well. Funds were lost of my account as well. This is crule and unusual punishment, because I was no threat. This also renders, clearly, abuse of power and duress on my

CONTINUED FROM SECTION 4C, Claim 1

mind, body and soul. I am (60) sixty years old, and on my mental health, Timothy B. Howard (Sheriff), and his administration, at the Erie County Correctional Facility has placed me and others in a mental hostile enviroment that constantly sets my mental health issues, which is anxiety, depression, p.t.s.d., and mood disorder etc.

This administration hasn't proven how I am a danger to this facility. It was stated by the hearing officer / Sgt., "just by being in Delta or housed there, my boss say's your guilty and I can't help you", was the reply by said sgt.

After that, I Kevin Barber appealed on June 7, 2021 by Chief administration supt. to further note, I Kevin Barber was peaceful and locked in another room during said incident, see (investigation report - 21-024921 in which will prove this on merit, as that, I was not in the same report and I am innocent of all charges. These are violations under the United States Constitution and moreover, for due process, equal protection, and crule and unusual punishment not limited to, and because of the above-actions, the above-defendants are liable of supru liability because of they're failures to enforce the correct proceedures.

END OF CLAIM NO.: 1

4C

## SECOND CLAIM

**Continued from section "D".**

**On** June 25, 2021, I Kevin Barber did have my rights to privacy violated, in that, personal information of mine, which included my name, and family's address, see Exhibit A, second page, fifth box; given to the New York State Parole Division, by the Erie County Sheriff's Department.

This unknown body is Defendant No. 5, "John Doe". However, this is an investigative report from the incodent, that did not name me anywhere in said Police Report, except for my information. This information, was simutaniously given to all alleged "suspects"in same report, that half were on Parole, and other had verious crimes, and most violant.

I, Kevin Barber, was not only, not on parole, however, I was not charged with any alleged conduct in this investigation, by the Erie County Sheriff's Department, though spent 90 days in the Admin Seg. Unit, annexed as <u>Exhibit B</u>.

Erie County Sheriff's Department, and John Doe both collectively gave my private information out to (37) other inmates at the Erie County Correctional Facility, on May 17, 2021. These actions occured without my authorized consent.

The address where I was confined was 11581 Walden Ave., Alden New York. Therefore, there was no reason to give these inmates my personal information, without redaction.

This put my family and myself at harms risk. This was a complete disregard of my rights both on a State and Federal level.

END OF SECOND CLAIM.

(Rev. 01/21) Complaint for Violation of Civil Rights (Prisoner)

**C.**    What date and approximate time did the events giving rise to your claim(s) occur?

On May 17, 2021 at 5:30P.M., and on June 25, 2021.

**D.**    What are the facts underlying your claim(s)? (For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)

Claim one; On May 17, 2021 my Due Process Rights were
violated, as well as I was subjected to Crule and unusual
punishment, by placement of Administrative Seg for 90 days
under 23 hour lockdowns, and disregarding my Mental Health
status without proof nor evidence, nor charges of conduct
done by this plaintiff.

**V.    Injuries**

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Punitive damages, emotional distress and pain and sufferin
mental distress, deterioration of mental health, loss of
sleep due to severe anxiety attacks, raised level of
depression which resulted in an increase of my medications

**VI.    Relief**

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I would like the court to order civil monetary damages in
the amount of 3.5 million dollars, punitive damages,
nominal damages $5,000.00; compsetory damages $100,000.00;
for my loss of video visits, 90 days of mental deteriation
and reimberssed $525.00 for the wrongful surcharge I was
made to pay for an action I had nothing to do with.

**VII.**  **Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

**A.**  Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☒ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Erie County Correctional Facility, Erie County Sheriff

**B.**  Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☒ Yes

☐ No

☐ Do not know

**C.**  Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☒ No

☐ Do not know

If yes, which claim(s)?

**D.**    Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

[x] Yes

[ ] No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

[ ] Yes

[ ] No

**E.**    If you did file a grievance:

1. Where did you file the grievance?

Attempted to file with the Erie County Correctional Facility, however, they stated it was a non-grievable issue.

2. What did you claim in your grievance?

That my Disciplinary was wrongful, as well as the segregation confinement as well. That there was no basis to my confinement.

3. What was the result, if any?

The Correctional Facility stated it was a non-grievable issue.

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. (Describe all efforts to appeal to the highest level of the grievance process.)

I appealed the Administrative/Disciplinary hearing, as stated in Exhibit B, page 3.

**F.**    If you did not file a grievance:

1.   If there are any reasons why you did not file a grievance, state them here:

_____

2.   If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

        I filed an appeal to the hearing.
_____

**G.**    Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

        I appealed the disciplinary report to the chief
        Administrator
_____

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII.  Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

_____

**A.**   Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☒ No

**B.**   If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.   Parties to the previous lawsuit

Plaintiff(s) _____

Defendant(s) _____

2.   Court *(if federal court, name the district; if state court, name the county and State)*

_____

3.   Docket or index number

_____

4.   Name of Judge assigned to your case

_____

5.   Approximate date of filing lawsuit

_____

6.   Is the case still pending?

☐ Yes

☐ No

If no, give the approximate date of disposition. _____

7.   What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

_____

IX.    **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A.    **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:   November 13, 2022.

| | |
|---|---|
| Signature of Plaintiff | |
| Printed Name of Plaintiff | Kevin Barber |
| Prison Identification # | 22B0033 |
| Prison Address | 7000 Sonyea Rd., P.O. Box 50 |
| | Sonyea                    New York 14556 |
| | City                          State        Zip Code |

B.    **For Attorneys**

Date of signing:   _____

| | |
|---|---|
| Signature of Attorney | |
| Printed Name of Attorney | |
| Bar Number | |
| Name of Law Firm | |
| Address | |
| | City                State        Zip Code |
| Telephone Number | |
| E-mail Address | |

Print    Save As...    Add Attachment    Reset

a civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, exce
provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for th
purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Kevin Barbee

**DEFENDANTS** Timothy B. Howard
Thomas Diina, Tina Standford
Alfonzo Harris, Kenneth Wells
Jessa Harris, Sloan

**(b)** County of Residence of First Listed Plaintiff  Erie
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF
THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

| | |
|---|---|
| ☐ 1 U.S. Government Plaintiff | ☒ 3 Federal Question *(U.S. Government Not a Party)* |
| ☐ 2 U.S. Government Defendant | ☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)* |

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box fo*
*(For Diversity Cases Only)*                         *and One Box for Defendant)*

| | PTF | DEF | | PTF |
|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☒ 1 | Incorporated *or* Principal Place of Business In This State | ☒ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Description

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUT |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | **INTELLECTUAL PROPERTY RIGHTS** | ☐ 400 State Reapportion |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | ☐ 820 Copyrights | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | | ☐ 830 Patent | ☐ 430 Banks and Bankin |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | | ☐ 840 Trademark | ☐ 460 Deportation |
| | | ☐ 370 Other Fraud | **LABOR** | ☐ 880 Defend Trade Secrets Act of 2016 | ☐ 470 Racketeer Influen Corrupt Organiza |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 710 Fair Labor Standards Act | | ☐ 480 Consumer Credit (15 USC 1681 or |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | ☐ 720 Labor/Management Relations | **SOCIAL SECURITY** | ☐ 485 Telephone Consu Protection Act |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 740 Railway Labor Act | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | | ☐ 751 Family and Medical Leave Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Comm Exchange |
| ☐ 196 Franchise | | | ☐ 790 Other Labor Litigation | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory A |
| | | | | ☐ 864 SSID Title XVI | |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 791 Employee Retirement Income Security Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | | ☐ 893 Environmental M |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Infor Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative P Act/Review or A Agency Decision |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | ☐ 950 Constitutionality State Statutes |
| | ☐ 448 Education | ☒ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☒ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

| | | | | | | |
|---|---|---|---|---|---|---|
| ☒ 1 Original Proceeding | ☐ 2 Removed from State Court | ☐ 3 Remanded from Appellate Court | ☐ 4 Reinstated or Reopened | ☐ 5 Transferred from Another District *(specify)* | ☐ 6 Multidistrict Litigation - Transfer | ☐ 8 Multidis Litigatic Direct F |

## VI. CAUSE OF ACTION
*(see attached)*
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*
28 U.S.C 1331, 42 USC 1983
Brief description of cause:
False arrest, Due process, Cruel and unusual punishment, Disclosure of pr

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
DEMAND $ 5 Million
$100,000, 5,000
CHECK YES only if demanded in complai
JURY DEMAND:  ☐ Yes  ☒ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE  Riemer/Sinatra   DOCKET NUMBER 20 CV 461

DATE

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT #          AMOUNT          APPLYING IFP          JUDGE          MAG. JUDGE

# EXHIBIT



# Erie County Sheriff's Office
## POLICE REPORT
### INFORMATION: INVESTIGATION

**Complaint**
21-034921

Report Date & Time
05/17/2021 19:21

| Address of Occurrence | | | District | Tract | Occ. Date & Time | Day of Week | Type of Premise |
|---|---|---|---|---|---|---|---|
| 11581 WALDEN AV | | | | | 05/17/2021 17:30 | Monday | Jail/Prison |

| Status | Follow Up By | Supl | TT Msed# | TT Entry Date | TT Cancel# | TT Cancel Date |
|---|---|---|---|---|---|---|
| Cleared By Arrest | | N | | | | |

| Officers: | D59 - PARISI | | | Rep. Off.: | 313 - MILBRANDT | Assigned Off.: |
|---|---|---|---|---|---|---|
| | D65 - FERRICK | D40 - HANNA | | Supervisor: | CAPT6 - WELCH | |
| | | 313 - MILBRANDT | | | | |

| Last Name | First Name | MI | Ext | Birth Date | Race | Sex | Age | Juvenile | Arrested | Report |
|---|---|---|---|---|---|---|---|---|---|---|
| STROUD | RAZEL | C | | 07/08/1999 | Black | M | 21 | N | N | PR |

| Address | City | State | Zip | Home Phone | Work Phone |
|---|---|---|---|---|---|
| 91 NORTH HAMPTON ST | BUFFALO | NY | 14220 | | |

| Height | Weight | Hair | Eyes | Build | Complexion | Glasses | Scars/Marks/Tattoos | Cell Phone |
|---|---|---|---|---|---|---|---|---|
| 6' 0" | 180 | BLK | BRO | | DRK | None | TAT: BIRD NECK | |

| Last Name | First Name | MI | Ext | Birth Date | Race | Sex | Age | Juvenile | Arrested | Report |
|---|---|---|---|---|---|---|---|---|---|---|
| MORRIS | ANDRE | | | 02/05/1978 | Black | M | 43 | N | N | PR |

| Address | City | State | Zip | Home Phone | Work Phone |
|---|---|---|---|---|---|
| 98 GERALD PL | BUFFALO | NY | | | |

| Height | Weight | Hair | Eyes | Build | Complexion | Glasses | Scars/Marks/Tattoos | Cell Phone |
|---|---|---|---|---|---|---|---|---|
| 5' 7" | 170 | BLK | BRO | S | DRK | None | TAT JELISE RT ARM | |

| Last Name | First Name | MI | Ext | Birth Date | Race | Sex | Age | Juvenile | Arrested | Report |
|---|---|---|---|---|---|---|---|---|---|---|
| FIELD | NATHAN | | | 08/30/1988 | White | M | 32 | N | N | PR |

| Address | City | State | Zip | Home Phone | Work Phone |
|---|---|---|---|---|---|
| 82 MARKUS DR | CHEEKTOWAGA | NY | 14225 | (716) 544-8608 | (716) 472-0754 |

| Height | Weight | Hair | Eyes | Build | Complexion | Glasses | Scars/Marks/Tattoos | Cell Phone |
|---|---|---|---|---|---|---|---|---|
| 6' 00" | 180 | BRO | HAZ | M | FAR | None | TABITHA LT ARM | |

| Last Name | First Name | MI | Ext | Birth Date | Race | Sex | Age | Juvenile | Arrested | Report |
|---|---|---|---|---|---|---|---|---|---|---|
| GETMAN | TYLER | | | 12/15/1988 | White | M | 32 | N | Y | PR |

| Address | City | State | Zip | Home Phone | Work Phone |
|---|---|---|---|---|---|
| 6416 SOUTH PARK AV | HAMBURG | NY | 14075 | (716) 432-8573 | |

| Height | Weight | Hair | Eyes | Build | Complexion | Glasses | Scars/Marks/Tattoos | Cell Phone |
|---|---|---|---|---|---|---|---|---|
| 6' 01" | 170 | BLN | HAZ | LGT | | None | TAT SUN RT LEG | |

| Last Name | First Name | MI | Ext | Birth Date | Race | Sex | Age | Juvenile | Arrested | Report |
|---|---|---|---|---|---|---|---|---|---|---|
| KENNER | JAMES | D | | 11/06/1981 | Black | M | 39 | N | N | PR |

| Address | City | State | Zip | Home Phone | Work Phone |
|---|---|---|---|---|---|
| 91 CLAUDETTE CT | CHEEKTOWAGA | NY | 142250000 | | |

| Height | Weight | Hair | Eyes | Build | Complexion | Glasses | Scars/Marks/Tattoos | Cell Phone |
|---|---|---|---|---|---|---|---|---|
| 5' 07" | 200 | BLK | BRO | M | DRK | None | SCORPION NECK | |

| Last Name | First Name | MI | Ext | Birth Date | Race | Sex | Age | Juvenile | Arrested | Report |
|---|---|---|---|---|---|---|---|---|---|---|
| MISZKO | DAVID | | | 09/20/1977 | White | M | 43 | N | Y | PR |

| Address | City | State | Zip | Home Phone | Work Phone |
|---|---|---|---|---|---|
| 18 PULANSKI AV | BUFFALO | NY | 14206 | (716) 598-2525 | |

| Height | Weight | Hair | Eyes | Build | Complexion | Glasses | Scars/Marks/Tattoos | Cell Phone |
|---|---|---|---|---|---|---|---|---|
| 6' 00" | 180 | BLN | BLU | M | LGT | None | SKULL RT ARM | |

| Last Name | First Name | MI | Ext | Birth Date | Race | Sex | Age | Juvenile | Arrested | Report |
|---|---|---|---|---|---|---|---|---|---|---|
| SMITH | DAVID | | | 09/22/1990 | Black | M | 30 | N | N | PR |

| Address | City | State | Zip | Home Phone | Work Phone |
|---|---|---|---|---|---|
| 41 EAST END | CHEEKTOWAGA | NY | 14215 | | |

| Height | Weight | Hair | Eyes | Build | Complexion | Glasses | Scars/Marks/Tattoos | Cell Phone |
|---|---|---|---|---|---|---|---|---|
| 5' 6" | 240 | | BRO | H | DRK | None | | |

Victim DID receive information on Victim's Rights and Services pursuant to New York State Law     Yes/No

| Printed Date: | 08/22/2021 07:46 AM | | Page: 1 |
|---|---|---|---|

# Erie County Sheriff's Office
## POLICE REPORT
## INFORMATION: INVESTIGATION

Complaint **21-034921**
Report Date & Time 05/17/2021 19:21

| Last Name | First Name | MI | Ext | Birth Date | Race | Sex | Age | Juvenile | Arrested | Report |
|---|---|---|---|---|---|---|---|---|---|---|
| GARNER | BRANDON | | | 01/02/1989 | Black | M | 32 | N | N | PR |

| Address | City | State | Zip | Home Phone | Work Phone |
|---|---|---|---|---|---|
| 1279 KENSINGTON | BUFFALO | NY | 14215 | | |

| Height | Weight | Hair | Eyes | Build | Complexion | Glasses | Scars/Marks/Tattoos | Cell Phone |
|---|---|---|---|---|---|---|---|---|
| 5' 10" | 176 | BLK | BRO | M | DRK | Glasses | | |

| Last Name | First Name | MI | Ext | Birth Date | Race | Sex | Age | Juvenile | Arrested | Report |
|---|---|---|---|---|---|---|---|---|---|---|
| BILLINGSLEY | COLIN | | | 04/07/1981 | Black | M | 40 | N | N | PR |

| Address | City | State | Zip | Home Phone | Work Phone |
|---|---|---|---|---|---|
| 103 GOETHE ST Apt: UPPER | BUFFALO | NY | 14208 | | |

| Height | Weight | Hair | Eyes | Build | Complexion | Glasses | Scars/Marks/Tattoos | Cell Phone |
|---|---|---|---|---|---|---|---|---|
| 5' 11" | 180 | BLK | BRO | M | DRK | None | TAT MARY BETH NECK | |

| Last Name | First Name | MI | Ext | Birth Date | Race | Sex | Age | Juvenile | Arrested | Report |
|---|---|---|---|---|---|---|---|---|---|---|
| WILSON | DEANDRE | L | | 04/24/1971 | Black | M | 50 | N | N | PR |

| Address | City | State | Zip | Home Phone | Work Phone |
|---|---|---|---|---|---|
| 94 POULTNEY AV. | BUFFALO | NY | 14215 | | |

| Height | Weight | Hair | Eyes | Build | Complexion | Glasses | Scars/Marks/Tattoos | Cell Phone |
|---|---|---|---|---|---|---|---|---|
| 5' 11" | 145 | BLK | BRO | M | DRK | None | | |

| Last Name | First Name | MI | Ext | Birth Date | Race | Sex | Age | Juvenile | Arrested | Report |
|---|---|---|---|---|---|---|---|---|---|---|
| LOWMACK | TAIWAN | | | 07/06/1981 | Black | M | 39 | N | N | PR |

| Address | City | State | Zip | Home Phone | Work Phone |
|---|---|---|---|---|---|
| 26 OLYMPIC AV | BUFFALO | NY | 14215 | | |

| Height | Weight | Hair | Eyes | Build | Complexion | Glasses | Scars/Marks/Tattoos | Cell Phone |
|---|---|---|---|---|---|---|---|---|
| 6' 00" | 225 | BLD | BRO | M | DRK | None | SOLID FOR LIFE LT ARM | |

| Last Name | First Name | MI | Ext | Birth Date | Race | Sex | Age | Juvenile | Arrested | Report |
|---|---|---|---|---|---|---|---|---|---|---|
| BARBER | KEVIN | | | 03/03/1961 | Black | M | 60 | N | N | PR |

| Address | City | State | Zip | Home Phone | Work Phone |
|---|---|---|---|---|---|
| 49 WILMUTH AV | LACKAWANNA | NY | 14210 | | |

| Height | Weight | Hair | Eyes | Build | Complexion | Glasses | Scars/Marks/Tattoos | Cell Phone |
|---|---|---|---|---|---|---|---|---|
| 6' 2" | 240 | BLK | BRO | H | DRK | Glasses | | |

| Last Name | First Name | MI | Ext | Birth Date | Race | Sex | Age | Juvenile | Arrested | Report |
|---|---|---|---|---|---|---|---|---|---|---|
| SMITH | WILLIAM | D | | 10/24/1960 | Black | M | 60 | N | N | PR |

| Address | City | State | Zip | Home Phone | Work Phone |
|---|---|---|---|---|---|
| 62 CARL ST | BUFFALO | NY | 14215 | | |

| Height | Weight | Hair | Eyes | Build | Complexion | Glasses | Scars/Marks/Tattoos | Cell Phone |
|---|---|---|---|---|---|---|---|---|
| 5' 10" | 160 | BLK | BRO | S | DRK | None | LATISHA NECK | |

| Last Name | First Name | MI | Ext | Birth Date | Race | Sex | Age | Juvenile | Arrested | Report |
|---|---|---|---|---|---|---|---|---|---|---|
| SAUNDERS | SHAWN | A | | 11/21/1987 | Black | M | 33 | N | Y | PR |

| Address | City | State | Zip | Home Phone | Work Phone |
|---|---|---|---|---|---|
| 206 OXFORD | BUFFALO | NY | 14201 | (716) 689-2141 | |

| Height | Weight | Hair | Eyes | Build | Complexion | Glasses | Scars/Marks/Tattoos | Cell Phone |
|---|---|---|---|---|---|---|---|---|
| 5' 06" | 160 | BLK | BRO | M | LGT | None | TAT FACE RT HAND | |

| Last Name | First Name | MI | Ext | Birth Date | Race | Sex | Age | Juvenile | Arrested | Report |
|---|---|---|---|---|---|---|---|---|---|---|
| CRUZ | JOSEAN | | | 10/13/1982 | Black | M | 38 | N | N | PR |

| Address | City | State | Zip | Home Phone | Work Phone |
|---|---|---|---|---|---|
| 413 7TH ST | BUFFALO | NY | 14222 | | |

| Height | Weight | Hair | Eyes | Build | Complexion | Glasses | Scars/Marks/Tattoos | Cell Phone |
|---|---|---|---|---|---|---|---|---|
| 5' 09" | 140 | BLK | BRO | M | LGT | None | TAT SKULLS RT ARM | |

Victim DID receive Information on Victim's Rights and Services pursuant to New York State Law Yes/No

Printed Date: 06/22/2021 07:46 AM

## Erie County Sheriff's Office
### POLICE REPORT
### INFORMATION: INVESTIGATION

| Complaint |
|---|
| 21-034921 |
| Report Date & Time |
| 05/17/2021 19:21 |

| Last Name | First Name | MI | Ext | Birth Date | Race | Sex | Age | Juvenile | Arrested | Report |
|---|---|---|---|---|---|---|---|---|---|---|
| ALLEN | EDMUND | | | 10/17/1994 | Black | M | 26 | N | N | PR |

Address: 144 GERMAIN ST — City: BUFFALO — State: NY — Zip: 14207 — Home Phone: (716) 444-1290
Height 6'6" Weight 240 Hair BLK Eyes BRO Build H Complexion DRK Glasses None Scars/Marks/Tattoos TAT GOOD-DIE YOUNG NECK

| DARGAN | JAMES | | | 10/19/1988 | Black | M | 32 | N | N | PR |

Address: 308 FLORIDA ST — City: BUFFALO — State: NY
Height 5'11" Weight 180 Hair BLK Eyes BRO Build M Complexion DRK Glasses None

| JACOBY | AARON | M | | 01/13/2001 | White | M | 20 | N | Y | PR |

Address: 29 TARKINGTON CT — City: TONAWANDA TOWN — State: NY — Cell Phone: (716) 640-6321
Height 5'10" Weight 180 Hair BRO Eyes HAZ Build M Complexion LGT Glasses None Scars/Marks/Tattoos TAT STAR RT ARM

| CLEVELAND | DARNELL | R | | 09/09/1996 | Black | M | 24 | N | Y | PR |

Address: 2249 DELAWARE AV Apt: C2 — City: BUFFALO — State: NY — Zip: 14216 — Home Phone: (716) 423-4634
Height 5'11" Weight 180 Hair BLK Eyes BRO Build M Complexion DRK Glasses None Scars/Marks/Tattoos TAT LT ARM

| BARNWELL | RICHARD | | | 08/19/1992 | Black | M | 28 | N | N | PR |

Address: 163 DEERFIELD ST — City: BUFFALO — State: NY — Zip: 14217
Height 6'6" Weight 157 Hair BLK Eyes BRO Build M Complexion DRK Glasses None Scars/Marks/Tattoos TAT VANCE LT HAND

| BLAKENSHIP | IRAMICK | O | | 08/23/1977 | White | M | 43 | N | N | PR |

Address: 6140 TRANSIT RD — City: DEPEW — State: NY — Zip: 14043
Height 6'1" Weight 185 Hair BLN Eyes BLU Build M Complexion FAR Glasses None Scars/Marks/Tattoos TAT DRAGON RT SHOULDER

| ROSA | CARLOS | J | | 12/19/1996 | White | M | 24 | N | N | PR |

Address: 377 DOAT ST Apt: 2 — City: BUFFALO — State: NY
Height 5'6" Weight 140 Hair BLK Eyes BRO Build S Complexion LGT Glasses None Scars/Marks/Tattoos TAT PAOLA

| CLAYMOND | TYUS | E | | 12/30/1984 | Black | M | 36 | N | N | PR |

Address: 595 WEST AV — City: BUFFALO — State: NY — Zip: 14221
Height 6'6" Weight 250 Hair BLK Eyes BRO Build M Complexion DRK Glasses None

Victim DID receive information on Victim's Rights and Services pursuant to New York State Law    Yes/No

Printed Date: 06/22/2021 07:46 AM    Page: 3

# Erie County Sheriff's Office
## POLICE REPORT
### INFORMATION: INVESTIGATION

**Complaint**
21-034921

Report Date & Time
06/17/2021 19:21

| Last Name | First Name | MI | Ext | Birth Date | Race | Sex | Age | Juvenile | Arrested | Report |
|---|---|---|---|---|---|---|---|---|---|---|
| NELSON | FRANK | | | 07/26/1982 | Black | M | 38 | N | N | PR |

| Address | City | State | Zip | Home Phone | Work Phone |
|---|---|---|---|---|---|
| 97 DURHAM AV | BUFFALO | NY | 14215 | | |

| Height | Weight | Hair | Eyes | Build | Complexion | Glasses | Scars/Marks/Tattoos | Cell Phone |
|---|---|---|---|---|---|---|---|---|
| 5' 9" | 225 | BLK | BRO | M | DRK | None | TAT UPPER BACK | (716) 322-9393 |

| Last Name | First Name | MI | Ext | Birth Date | Race | Sex | Age | Juvenile | Arrested | Report |
|---|---|---|---|---|---|---|---|---|---|---|
| JACKSON | EDWARD | | | 10/08/1980 | Black | M | 60 | N | N | PR |

| Address | City | State | Zip | Home Phone | Work Phone |
|---|---|---|---|---|---|
| 263 DAVEY ST | BUFFALO | NY | 14206 | | |

| Height | Weight | Hair | Eyes | Build | Complexion | Glasses | Scars/Marks/Tattoos | Cell Phone |
|---|---|---|---|---|---|---|---|---|
| 5' 6" | 150 | BLD | BRO | M | DRK | None | | |

| Last Name | First Name | MI | Ext | Birth Date | Race | Sex | Age | Juvenile | Arrested | Report |
|---|---|---|---|---|---|---|---|---|---|---|
| PARKS | JUNNY | | | 02/20/1980 | Black | M | 41 | N | N | PR |

| Address | City | State | Zip | Home Phone | Work Phone |
|---|---|---|---|---|---|
| 11681 WALDEN AV | ALDEN | NY | 14004 | | |

| Height | Weight | Hair | Eyes | Build | Complexion | Glasses | Scars/Marks/Tattoos | Cell Phone |
|---|---|---|---|---|---|---|---|---|
| 6' 00" | 145 | BLK | BRO | M | DRK | Unknown | | |

| Last Name | First Name | MI | Ext | Birth Date | Race | Sex | Age | Juvenile | Arrested | Report |
|---|---|---|---|---|---|---|---|---|---|---|
| COTTOM | DEVON | | | 01/09/1983 | Black | M | 38 | N | N | PR |

| Address | City | State | Zip | Home Phone | Work Phone |
|---|---|---|---|---|---|
| 461 CONNECTICUT ST. Apt: UPPER | BUFFALO | NY | 14213 | | |

| Height | Weight | Hair | Eyes | Build | Complexion | Glasses | Scars/Marks/Tattoos | Cell Phone |
|---|---|---|---|---|---|---|---|---|
| 6' 10" | 190 | BLK | BRO | M | MBR | | TAT DIRTY MONEY RT ARM | |

| Last Name | First Name | MI | Ext | Birth Date | Race | Sex | Age | Juvenile | Arrested | Report |
|---|---|---|---|---|---|---|---|---|---|---|
| GRAZES | BRANDON | | | 01/12/1994 | Black | M | 27 | N | N | PR |

| Address | City | State | Zip | Home Phone | Work Phone |
|---|---|---|---|---|---|
| 345 LANGFORD AV Apt: B | BUFFALO | NY | 14215 | | |

| Height | Weight | Hair | Eyes | Build | Complexion | Glasses | Scars/Marks/Tattoos | Cell Phone |
|---|---|---|---|---|---|---|---|---|
| 6' 1" | 190 | BLK | BRO | M | MED | None | TAT DIAMOND NECK | |

| Last Name | First Name | MI | Ext | Birth Date | Race | Sex | Age | Juvenile | Arrested | Report |
|---|---|---|---|---|---|---|---|---|---|---|
| LEGGETT | KEITH | A | JR | 09/11/1966 | Black | M | 64 | N | N | PR |

| Address | City | State | Zip | Home Phone | Work Phone |
|---|---|---|---|---|---|
| 369 LAFAYETTE AV: REAR | BUFFALO | NY | 14213 | (716) 886-4697 | |

| Height | Weight | Hair | Eyes | Build | Complexion | Glasses | Scars/Marks/Tattoos | Cell Phone |
|---|---|---|---|---|---|---|---|---|
| 5' 6" | 220 | BRO | BRO | M | DRK | None | TAT POPS RT ARM | |

| Last Name | First Name | MI | Ext | Birth Date | Race | Sex | Age | Juvenile | Arrested | Report |
|---|---|---|---|---|---|---|---|---|---|---|
| BIASELLI | RANDY | J | JR | 11/30/1981 | White | M | 39 | N | N | PR |

| Address | City | State | Zip | Home Phone | Work Phone |
|---|---|---|---|---|---|
| 13689 BLOOMINGDALE RD Apt: 3 | AKRON | NY | | (716) 542-8858 | |

| Height | Weight | Hair | Eyes | Build | Complexion | Glasses | Scars/Marks/Tattoos | Cell Phone |
|---|---|---|---|---|---|---|---|---|
| 6' 02" | 170 | BLK | BRO | M | MED | None | TATS ARM&CHEST | |

| Last Name | First Name | MI | Ext | Birth Date | Race | Sex | Age | Juvenile | Arrested | Report |
|---|---|---|---|---|---|---|---|---|---|---|
| LUPER | EMMANUEL | | | 03/20/1986 | Black | M | 35 | N | N | PR |

| Address | City | State | Zip | Home Phone | Work Phone |
|---|---|---|---|---|---|
| 49 WOODLAWN CT | BUFFALO | NY | 14209 | (716) 578-0016 | |

| Height | Weight | Hair | Eyes | Build | Complexion | Glasses | Scars/Marks/Tattoos | Cell Phone |
|---|---|---|---|---|---|---|---|---|
| 5' 8" | 130 | BLK | BRO | S | DRK | | | |

Victim DID receive Information on Victim's Rights and Services pursuant to New York State Law    Yes/No

Printed Date:    08/22/2021 07:48 AM

Page: 4

| Erie County Sheriff's Office | Complaint |
|---|---|
| **POLICE REPORT** | **21-034921** |
| **INFORMATION: INVESTIGATION** | Report Date & Time |
| | 06/17/2021 19:21 |

| Last Name | First Name | MI | Ext | Birth Date | Race | Sex | Age | Juvenile | Arrested | Report |
|---|---|---|---|---|---|---|---|---|---|---|
| MARCHESE | RUBEN | | | 07/28/1984 | White | M | 66 | N | Y | PR |

| Address | | City | | State | Zip | Home Phone | Work Phone |
|---|---|---|---|---|---|---|---|
| 90 PERSON ST | | BUFFALO | | | | (716) 256-4243 | |

| Height | Weight | Hair | Eyes | Build | Complexion | Glasses | Scars/Marks/Tattoos | Cell Phone |
|---|---|---|---|---|---|---|---|---|
| 6' 00" | 200 | BLK | BRO | L | LGT | None | TAT FORGIVE ME MOTHER | |

| Last Name | First Name | MI | Ext | Birth Date | Race | Sex | Age | Juvenile | Arrested | Report |
|---|---|---|---|---|---|---|---|---|---|---|
| LAWRENCE | TERRION | | | 06/15/1986 | Black | M | 32 | N | N | PR |

| Address | | City | | State | Zip | Home Phone | Work Phone |
|---|---|---|---|---|---|---|---|
| 591 HERTEL AV | | BUFFALO | | NY | 14207 | (716) 802-0553 | |

| Height | Weight | Hair | Eyes | Build | Complexion | Glasses | Scars/Marks/Tattoos | Cell Phone |
|---|---|---|---|---|---|---|---|---|
| 5' 07" | 164 | BLK | BRO | M | DRK | None | TAT TEAR DROP FACE | |

| Last Name | First Name | MI | Ext | Birth Date | Race | Sex | Age | Juvenile | Arrested | Report |
|---|---|---|---|---|---|---|---|---|---|---|
| BRAXTON | DAVID | | | 05/04/1993 | Black | M | 28 | N | N | PR |

| Address | | City | | State | Zip | Home Phone | Work Phone |
|---|---|---|---|---|---|---|---|
| 2024 FILMORE AV Apt: C | | BUFFALO | | NY | 14202 | | |

| Height | Weight | Hair | Eyes | Build | Complexion | Glasses | Scars/Marks/Tattoos | Cell Phone |
|---|---|---|---|---|---|---|---|---|
| 6' 1" | 186 | BLK | BRO | M | DRK | None | | |

| Last Name | First Name | MI | Ext | Birth Date | Race | Sex | Age | Juvenile | Arrested | Report |
|---|---|---|---|---|---|---|---|---|---|---|
| WASHBURG | STEPHAN | | | 07/09/1980 | White | M | 40 | N | N | PR |

| Address | | City | | State | Zip | Home Phone | Work Phone |
|---|---|---|---|---|---|---|---|
| 289 HOYT ST | | BUFFALO | | NY | 14213 | | |

| Height | Weight | Hair | Eyes | Build | Complexion | Glasses | Scars/Marks/Tattoos | Cell Phone |
|---|---|---|---|---|---|---|---|---|
| 6' 6" | 180 | BRO | HAZ | M | LGT | None | TAT EMILY LT ARM | |

| Last Name | First Name | MI | Ext | Birth Date | Race | Sex | Age | Juvenile | Arrested | Report |
|---|---|---|---|---|---|---|---|---|---|---|
| REID | BOBBY | | | 08/29/1999 | Black | M | 21 | N | N | PR |

| Address | | City | | State | Zip | Home Phone | Work Phone |
|---|---|---|---|---|---|---|---|
| 92 WARWICK AV | | BUFFALO | | NY | 14215 | | |

| Height | Weight | Hair | Eyes | Build | Complexion | Glasses | Scars/Marks/Tattoos | Cell Phone |
|---|---|---|---|---|---|---|---|---|
| 5' 9" | 180 | BLK | BRO | M | DRK | None | | |

| Last Name | First Name | MI | Ext | Birth Date | Race | Sex | Age | Juvenile | Arrested | Report |
|---|---|---|---|---|---|---|---|---|---|---|
| PALISTRANT | STEVEN | | | 09/12/1989 | White | M | 31 | N | N | PR |

| Address | | City | | State | Zip | Home Phone | Work Phone |
|---|---|---|---|---|---|---|---|
| 2 THOMAS ST Apt: UPPER | | BUFFALO | | NY | 14204 | (716) 563-2464 | |

| Height | Weight | Hair | Eyes | Build | Complexion | Glasses | Scars/Marks/Tattoos | Cell Phone |
|---|---|---|---|---|---|---|---|---|
| 5' 05" | 161 | BRO | BRO | S | LGT | None | | |

| Last Name | First Name | MI | Ext | Birth Date | Race | Sex | Age | Juvenile | Arrested | Report |
|---|---|---|---|---|---|---|---|---|---|---|
| GRAY | SHAWN | J | | 04/22/1980 | Black | M | 41 | N | N | PR |

| Address | | City | | State | Zip | Home Phone | Work Phone |
|---|---|---|---|---|---|---|---|
| 78 ZENNER ST Apt: 2 | | BUFFALO | | NY | 14211 | (716) 544-2111 | |

| Height | Weight | Hair | Eyes | Build | Complexion | Glasses | Scars/Marks/Tattoos | Cell Phone |
|---|---|---|---|---|---|---|---|---|
| 5' 11" | 209 | BLK | BRO | M | DRK | None | | |

| Last Name | First Name | MI | Ext | Birth Date | Race | Sex | Age | Juvenile | Arrested | Report |
|---|---|---|---|---|---|---|---|---|---|---|
| SORTINO | BRYCE | F | | 07/01/1994 | White | M | 26 | N | N | PR |

| Address | | City | | State | Zip | Home Phone | Work Phone |
|---|---|---|---|---|---|---|---|
| 192 EDGEWOOD AV | | TONAWANDA | | NY | | 946-6454 | |

| Height | Weight | Hair | Eyes | Build | Complexion | Glasses | Scars/Marks/Tattoos | Cell Phone |
|---|---|---|---|---|---|---|---|---|
| 5' 9" | 200 | BRO | GRY | M | FAR | None | | |

Victim DID receive information on Victim's Rights and Services pursuant to New York State Law      Yes/No

Printed Date:    08/22/2021 07:46 AM

Page: 6

## Erie County Sheriff's Office
## POLICE REPORT
## INFORMATION: INVESTIGATION

| Complaint |
|---|
| 21-034921 |
| Report Date & Time |
| 05/17/2021  19:21 |

| Last Name | First Name | MI | Ext | Birth Date | Race | Sex | Age | Juvenile | Arrested | Report |
|---|---|---|---|---|---|---|---|---|---|---|
| BAKER | NATHANIEL | | | 05/09/1996 | Black | M | 25 | N | N | PR |

| Address | City | State | Zip | Home Phone | Work Phone |
|---|---|---|---|---|---|
| 392 SANDERS ST. | BUFFALO | NY | | | |

| Height | Weight | Hair | Eyes | Build | Complexion | Glasses | Scars/Marks/Tattoos | Cell Phone |
|---|---|---|---|---|---|---|---|---|
| 6' 9" | 160 | BLK | BRO | S | DRK | None | TAT RGGGD.NECK | |

| Last Name | First Name | MI | Ext | Birth Date | Race | Sex | Age | Juvenile | Arrested | Report |
|---|---|---|---|---|---|---|---|---|---|---|
| ROBERTSON | BRANDON | N | | 01/23/1986 | Black | M | 35 | N | N | PR |

| Address | City | State | Zip | Home Phone | Work Phone |
|---|---|---|---|---|---|
| 283 S HAMPTON ST | BUFFALO | NY | | (716) 863-3103 | |

| Height | Weight | Hair | Eyes | Build | Complexion | Glasses | Scars/Marks/Tattoos | Cell Phone |
|---|---|---|---|---|---|---|---|---|
| 6' 0" | 220 | BLK | BRO | H | DRK | None | | |

| Last Name | First Name | MI | Ext | Birth Date | Race | Sex | Age | Juvenile | Arrested | Report |
|---|---|---|---|---|---|---|---|---|---|---|
| MCCRAYER | MICHAEL | P | | 01/12/1987 | Black | M | 34 | N | N | PR |

| Address | City | State | Zip | Home Phone | Work Phone |
|---|---|---|---|---|---|
| 28 DARTMOUTH AV | BUFFALO | NY | 14215 | | |

| Height | Weight | Hair | Eyes | Build | Complexion | Glasses | Scars/Marks/Tattoos | Cell Phone |
|---|---|---|---|---|---|---|---|---|
| 6' 0" | 210 | BLK | BRO | M | DRK | None | | |

| Law | Section | CA | CL | DG | Description | Report |
|---|---|---|---|---|---|---|
| PL | 195.05 | M | A | | OBSTRUCT GOVERNMENTL ADMIN 2ND | PR |

| Arrest # | Name | Date | Address |
|---|---|---|---|
| 62547 | GETMAN, TYLER . 12/15/1988 | 06-17-2021 | 11581 WALDEN AV  ALDEN TOWN |

| Status | Arrest Type | Arresting Officers | | | |
|---|---|---|---|---|---|
| Held | Crime In Progress | 313-MILBRANDT | D57-OHARA | D40-HANNA | D65-FERRICK |

| Law | Section | CA | CL | DG | Description | Counts |
|---|---|---|---|---|---|---|
| PL | 145.10 | F | D | 2 | CRIMINAL MISCHIEF - 2ND | 1 |
| PL | 145.05-02 | F | E | 3 | CRIMINAL MISCHIEF 3RD:DAMAGE ANOTHERS PROPERTY-AMOUNT> | 1 |
| PL | 145.00 | M | A | 4 | CRIMINAL MISCHIEF - 4 | 1 |
| PL | 195.05 | M | A | 2 | OBSTRUCT GOVERNMENTL ADMIN 2ND | 1 |

| Arrest # | Name | Date | Address |
|---|---|---|---|
| 62548 | LUPER, EMMANUEL S. 3/20/1986 | 06-17-2021 | 11581 WALDEN AV  ALDEN TOWN |

| Status | Arrest Type | Arresting Officers | | | |
|---|---|---|---|---|---|
| Held | Crime In Progress | 313-MILBRANDT | D57-OHARA | D40-HANNA | D65-FERRICK |

| Law | Section | CA | CL | DG | Description | Counts |
|---|---|---|---|---|---|---|
| PL | 145.10 | F | D | 2 | CRIMINAL MISCHIEF - 2ND | 1 |
| PL | 145.05-02 | F | E | 3 | CRIMINAL MISCHIEF 3RD:DAMAGE ANOTHERS PROPERTY-AMOUNT> | 1 |
| PL | 145.00 | M | A | 4 | CRIMINAL MISCHIEF - 4 | 1 |
| PL | 195.05 | M | A | 2 | OBSTRUCT GOVERNMENTL ADMIN 2ND | 1 |

| Arrest # | Name | Date | Address |
|---|---|---|---|
| 62549 | MISZKO, DAVID . 9/20/1977 | 06-17-2021 | 11581 WALDEN AV  ALDEN TOWN |

| Status | Arrest Type | Arresting Officers | | | |
|---|---|---|---|---|---|
| Held | Crime In Progress | 315-MILBRANDT | D57-OHARA | D40-HANNA | D65-FERRICK |

| Law | Section | CA | CL | DG | Description | Counts |
|---|---|---|---|---|---|---|
| PL | 145.10 | F | D | 2 | CRIMINAL MISCHIEF - 2ND | 1 |
| PL | 145.05-02 | F | E | 3 | CRIMINAL MISCHIEF 3RD:DAMAGE ANOTHERS PROPERTY-AMOUNT> | 1 |

| Printed Date: | 06/22/2021 07:46 AM | Page: 6 |
|---|---|---|

# Erie County Sheriff's Office
## POLICE REPORT
### INFORMATION: INVESTIGATION

**21-034921**

Report Date & Time
06/17/2021 19:21

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| PL | 145.00 | M | A | 4 | CRIMINAL MISCHIEF - 4 | | 1 |
| PL | 195.05 | M | A | 2 | OBSTRUCT GOVERNMENTL ADMIN 2ND | | 1 |

| Arrest # | Name | | | | Date | Address | |
|---|---|---|---|---|---|---|---|
| 62550 | MARCHESE, RUBEN , 7/28/1964 | | | | 08-17-2021 | 11581 WALDEN AV ALDEN TOWN | |

| Status | Arrest Type | | | Arresting Officers | | | |
|---|---|---|---|---|---|---|---|
| Held | Crime in Progress | | | 313-MILBRANDT | D57-OHARA | D40-HANNA | D65-FERRICK |

| Law | Section | CA | CL | DG | Description | Counts |
|---|---|---|---|---|---|---|
| PL | 145.10 | F | D | 2 | CRIMINAL MISCHIEF - 2ND | 1 |
| PL | 145.05-02 | F | E | 3 | CRIMINAL MISCHIEF 3RD:DAMAGE ANOTHERS PROPERTY-AMOUNT> | 1 |
| PL | 145.00 | M | A | 4 | CRIMINAL MISCHIEF - 4 | 1 |
| PL | 195.05 | M | A | 2 | OBSTRUCT GOVERNMENTL ADMIN 2ND | 1 |

| Arrest # | Name | | | | Date | Address | |
|---|---|---|---|---|---|---|---|
| 62551 | CLEVELAND, DARNELL R. 9/9/1996 | | | | 08-17-2021 | 11581 WALDEN AV ALDEN TOWN | |

| Status | Arrest Type | | | Arresting Officers | | | |
|---|---|---|---|---|---|---|---|
| Held | Crime in Progress | | | 313-MILBRANDT | D57-OHARA | D40-HANNA | D65-FERRICK |

| Law | Section | CA | CL | DG | Description | Counts |
|---|---|---|---|---|---|---|
| PL | 145.10 | F | D | 2 | CRIMINAL MISCHIEF - 2ND | 1 |
| PL | 145.05-02 | F | E | 3 | CRIMINAL MISCHIEF 3RD:DAMAGE ANOTHERS PROPERTY-AMOUNT> | 1 |
| PL | 145.00 | M | A | 4 | CRIMINAL MISCHIEF - 4 | 1 |
| PL | 195.05 | M | A | 2 | OBSTRUCT GOVERNMENTL ADMIN 2ND | 1 |

| Arrest # | Name | | | | Date | Address | |
|---|---|---|---|---|---|---|---|
| 62552 | SAUNDERS, SHAWN A. 11/21/1987 | | | | 08-17-2021 | 11581 WALDEN AV ALDEN TOWN | |

| Status | Arrest Type | | | Arresting Officers | | | |
|---|---|---|---|---|---|---|---|
| Held | Crime in Progress | | | 313-MILBRANDT | D57-OHARA | D40-HANNA | D65-FERRICK |

| Law | Section | CA | CL | DG | Description | Counts |
|---|---|---|---|---|---|---|
| PL | 195.05 | M | A | 2 | OBSTRUCT GOVERNMENTL ADMIN 2ND | 1 |

| Arrest # | Name | | | | Date | Address | |
|---|---|---|---|---|---|---|---|
| 62553 | JACOBY, AARON M. 1/13/2001 | | | | 08-17-2021 | 11581 WALDEN AV ALDEN TOWN | |

| Status | Arrest Type | | | Arresting Officers | | | |
|---|---|---|---|---|---|---|---|
| Held | Crime in Progress | | | 313-MILBRANDT | D57-OHARA | D40-HANNA | D65-FERRICK |

| Law | Section | CA | CL | DG | Description | Counts |
|---|---|---|---|---|---|---|
| PL | 195.05 | M | A | 2 | OBSTRUCT GOVERNMENTL ADMIN 2ND | 1 |

| Qty | Type | Description | Status | Make | Color | Model | Total Value | Report |
|---|---|---|---|---|---|---|---|---|
| 1 | Recordings-- | CSI PHOTOS | 05 - Recovered | | | UNIT D | $1.00 | SP |
| 1 | Recordings-- | CSI PHOTOS | 05 - Recovered | | | INJURIES | $1.00 | SP |
| 1 | Recordings-- | OSCR PHOTOS | 05 - Recovered | | | | $1.00 | SP |
| 1 | Recordings-- | INTERVIEWS | 05 - Recovered | | | | $1.00 | SP |

Printed Date: 08/22/2021 07:46 AM



| | Erie County Sheriff's Office POLICE REPORT INFORMATION: INVESTIGATION | Complaint **21-034921** *Report Date & Time* 05/17/2021 19:21 |
|---|---|---|

On 5/17/2021, at 1745 hrs 38 inmates housed in Delta housing unit at the Erie County Correctional Facility refused to comply with lawful orders to return to their cells and lock in. The Inmates stated that they were unhappy with conditions inside the facility, primarily the lack of a microwave in the unit, and they would not lock in until a microwave was returned to the unit. At 1718 hrs Sgt Schein arrived at the Delta Housing Unit and again ordered the Inmates to lock in, the Inmates refused to comply. At 1730 hrs Sgt Schein requested additional units sent to Delta. At that time the inmates began to barricade themselves in the northern side of the housing unit with tables and chairs. At 1733 hrs LT Sundberg arrived on the unit and order the inmates to lock in, the inmates again refused to comply. LT Sundberg stated to the inmates that he could not provide a microwave at that time and if the inmates would lock in he would address their issues with the facility individually. The inmates refused and stated that they wanted to speak with someone with the authority to meet their demands. At 1810 hrs Chief Harris arrived on the unit and again advised that a microwave would not be provided and the inmates needed to lock in. The inmates again stated that they would not lock in until their demands were met. At that time several inmates in the unit began to escalate the situation with further threats of noncompliance and violence. LT Sundberg continued to attempt to deescalate the situation and address the inmates complaints. At 1830 hrs members of the Erie County Sheriff's Office SWAT team began to arrive and stage in the parking lot of the facility. At 1831 hrs LT Sundberg felt the situation became unsafe and removed all officers from the unit. Immediately after the officers left the unit inmates began to barricade the main entrance to the unit, arm themselves, lock all unoccupied cells and destroy property within the unit. At 1841 hrs Chief Evans arrived on the unit and attempted to speak with inmates through the unit door and inmates refused. Inmates then covered the windows with plastic bags to obstruct the officers view in to the unit, tied sheets to the door handle to prevent entry to the unit and continued to fortify their position. A short time later, several inmates using table legs and other blunt instruments broke in to the officers office on the unit and destroyed property within the office. Inmates continue to destroy property in the unit until 2131 hrs when inmates requested to lock in. At that time Sgt Schein starts individually unlocking cell doors so inmates can enter the cells and lock in. At 2250 hrs Sr Detective McCarthy, Detective Parisi, Detective Ferrick, Detective Hanna and Detective Milbrandt arrive at the facility and begin to interview Officer Manning, LT Sunderberg and the inmates housed in Delta. During that time Detective Kuhlmey and Detective Richard arrived to photograph Delta housing unit.

Photographs, Digital recordings and notes taken during the interviews will be maintained in the case file. Investigation Pending

On 5/19/2021 Sr Detective McCarthy and Detective Fuqua responded to the Erie County Correctional Facility to conduct interviews of Officers involved in the 5/17/2021 incident. The following is a synopsis of the interviews:

-Officer Priester stated while working in his official capacity at the Correctional facility, assigned as lunch relief for central control and the medical unit, he was called to the Delta housing unit for assistance.
-When he arrived the inmates were barricaded on the north side of the unit and refused to lock in.
-Approximately 10-12 officers responded to Delta.
-LT Sundberg addressed the inmates.
- Inmates Saunders, Cleveland, Marchese and Cruz were the most outspoken during the incident.
-Observed Marchese was pacing back and forth.
-Observed Cruz was warming up like a boxer.
-Inmate Lomack was the voice of reason for the inmates and stated to the group nobody needs to get hurt and not all the officers were bad.



| | Erie County Sheriff's Office<br>POLICE REPORT<br>INFORMATION: INVESTIGATION | Complaint<br>**21-034921** |
|---|---|---|
| | | *Report Date & Time*<br>06/17/2021 19:21 |

-LT Sundberg continued to attempt to talk the inmates down for over an hour with negative results.
-Chief Harris attempted to talk the inmates down with negative results.
-All officers were ordered off the block.
-As Officer Priester exited the block he observed inmate Miszko stacking tables in front of the sallyport door.
-Observed inmate Marchese armed with a wooden table leg.
-Approximately four hours later the cert team was assembled and orders were again given to the inmates to lock in prior to entry.
- Inmates complied.


-Officer Walker stated while working in his official capacity at the Correctional facility, assigned as Escort 1, he was called to the Delta housing unit for assistance.
-When he arrived he observed 35-40 inmates barricaded on the North side of the housing unit who refused to lock in.
-LT Sundberg addressed the inmates.
-Observed Marchese was pacing back and forth with a towel on his head.
-Inmate Saunders was very vocal and made threats toward staff.
-Inmate Lowmack appeared to be the voice of reason, spoke to other inmates and asked them to lock in.
-LT Sundberg ordered all inmates off the unit.
-Observed inmates Marchese and Luper flip officers desk against sallyport door.
-Observed inmate Getman throw an orange at the window, bring sheets to tie the sallyport door closed and holding a fire extinguisher .
-Observed Marchese armed with two table legs.
-At 2130 hrs a plan to reenter the unit from the upper tier was formulated.
-Prior to entry in to the unit orders to lock in were again given.
-Inmates comply.

On 5/20/2021 Sr Detective McCarthy and Detective Fuqua responded to the Erie County Correctional Facility to conduct interviews of Officer Caraballo, Inmate Keith Leggett and inmate Davon Cottom who were involved in the 5/17/2021 incident.  The following is a synopsis of the interviews:

-Sgt Caraballo stated while working in her official capacity at the Correctional facility, assigned as Supervisor for Echo, Fox and Hotel housing units, she was called to the Delta housing unit at 1733hrs for assistance.
-When she arrived on the unit inmates were barricaded on the north side of the unit.
-LT Sundberg addressed the inmates.
-Inmate Saunders voiced the inmates grievances.
-Inmates Saunders,  Marchese, Cruz and Cleveland were the main agitators.
-Chief Harris arrived and addressed the inmates, inmates refused to lock in.
-LT Sundberg ordered all officers off the unit.
-Inmates immediately began to destroy property.
-LT Sundberg ordered Sgt Caraballo to do a head count.
-Returned to the unit and observed inmate Jacoby spraying liquid detergent on the windows and sticking papers to the  windows to obstruct the officers view in to the unit.
-Observed inmate Marchese with an eye injury that was not previously observed.
-At 2130 hrs Sgt Caraballo attempted to open the 2nd floor door from Charlie housing unit in to Delta and was sprayed with a fire extinguisher by an unknown inmate.
-Inmates were ordered to lock in prior to making entry in to the unit.



| | Erie County Sheriff's Office | Complaint |
| --- | --- | --- |
| | POLICE REPORT | 21-034921 |
| | INFORMATION: INVESTIGATION | Report Date & Time 05/17/2021 19:21 |

-Inmates comply.

Inmate Keith Leggett declined to be interviewed regarding the incident and injuries he sustained.

-Inmate Davon Cottom stated that in the area of cell 209 on the second floor of the unit he observed Inmate Leggett trying to calm down Inmate Marchese during the incident.
-Observed Marchese punch Leggett in the face then put Leggett in a headlock and choke hold as Marchese took Leggett to the ground.
-Observed Inmate Miszko attempt to strike Leggett in the head with a table leg.
-Blocked Miszko from striking Leggett twice.
-Punched Miszko in the face to prevent Miszko from assaulting Leggett.

On 5/25/2021 Sr Detective McCarthy, Detective O'Hara and Detective Fuqua responded to the Erie County Correctional Facility to conduct interviews of Officers involved in the 5/17/2021 incident. The following is a synopsis of the interviews:

-Sgt Schein stated while working in his official capacity at the Correctional facility, assigned Zone Sgt of Charlie and Delta housing units, he was called by Officer Manning to the Delta housing unit for assistance because the inmates refused to lock in.
-When he arrived on the unit he observed 38 inmates barricaded on the north side of the unit on both the lower and upper tier.
-At 1733 ordered mandatory lock in and inmates again refused.
-Ordered additional officers to Delta.
-LT Sundberg arrived and ordered inmates to lock in, inmates refused.
-Chief Harris arrived and ordered inmates to lock in, inmates refused.
-1837 hrs officers back out of Delta.
-Observed Inmate Jacoby, Saunders and Cleveland barricade sallyport door.
-Observed Inmate Marchese break apart the microwave stand and arm himself with a table leg.
-Left unit for front office staff brief.
-Retured to the unit and ordered inmates to lock in using area page.
-Inmates comply.

-Sgt Dorsey stated while working in his official capacity at the Correctional facility, assigned to Operations, he was called by to the Delta housing unit for assistance.
-Responded to unit with body cam.
-Observed inmates barricaded on the north side of the unit.
-Inmates refused to lock in.
-LT Sundberg addressed the inmates.
-Chief Harris arrived on the unit and ordered inmates to lock in, inmates refused.
-Officers were ordered off the unit.
-Observed unknown inmates barricade the sallyport door.
-Observed unknown inmates cover windows.
-Ordered to library for update on situation.
-Ordered back to Delta with body cam.
-Observed unknown inmates arm themselves with table legs.
-Observed unknown inmate spraying the fire extinguisher.
-Ordered of unit to reallocate personnel.



**Erie County Sheriff's Office**
**POLICE REPORT**
**INFORMATION: INVESTIGATION**

| Complaint |
|---|
| **21-034921** |
| Report Date & Time |
| 06/17/2021 19:21 |

-Officer Stachura stated while working in his official capacity at the Correctional facility, assigned as Escort 3, he was called to the Delta housing unit for assistance.
-When he arrived he observed 35-40 inmates barricaded in the north side of the unit.
-Inmates refused orders to lock in.
-Most of the inmates had their shirts off and covered their faces with them.
-LT Sundberg ordered all officers off the unit. *violation of equal protection*
-Observed inmate Jacoby barricade the sallyport door and attempt to break in to the slop sink room.
-Ordered to Library to assemble with CERT team.
-Cert team staged at the 2nd floor entry door in to Delta from Charlie.
-While staged an unknown inmate sprayed the fire extinguisher at officers.
-Inmates complied with lock in orders.
-Made entry in to unit.

-Officer Priore stated while working in her official capacity at the Correctional facility, assigned as Library Officer, at 1733 hrs she was called to the Delta housing unit for assistance.
-responded to four corners staging location.
-45 min later Sgt.King ordered officers in to CERT gear.
-Ordered to Library staging area.
-Ordered to the roof to observe the unit through the skylight.
-Observed unit destroyed, inmates eating food and drinking coffee.
-Observed inmate Jacoby spray fire extinguisher in to 2nd floor sallyport door leading in to Charlie.
-Inmates ordered to lock in.
-Inmates comply.

-Officer Lichterfeld stated while working in his official capacity at the Correctional facility, assigned to the Four Corners post, he was called to the Delta housing unit for assistance.
-When he arrived Sgt Schein and Officer Manning were addressing the inmates who refused to lock in.
-The inmates were barricaded in the north side of the unit and were chanting "microwave, microwave"
-LT Sundberg arrived and addressed the inmates.
-Inmate Saunders was acting as the spokes person for the inmates, they wanted their grievances addressed.
-LT Sundberg continued talking to the inmates for the next hour.
-Chief Harris arrived and ordered inmates to lock in with negative results.
-All officers were ordered off the unit.
-Observed unknown inmates barricade the sallyport door.
-Ordered to the library.
-Ordered to the roof to observe the unit through the skylight.
-Observed inmate Jacoby spray the fire extinguisher at officers when the attempted to breach the barricae on the 2nd floor entry door from Charlie.
-Observed inmate Lawrence attempting to reinforce the 2nd floor barricade with a wooden stick.
-Inmates ordered to lock in prior to entry.
-Inmates complied.

-Sgt King stated while working in his official capacity at the Correctional facility, assigned as Alpha and Bravo Unit Zone Sgt, he was called to the Delta housing unit for assistance.
-When he arrived he observed inmates barricaded on the north side of the unit.
-Almost all inmates had their faces covered.
-LT Sundberg arrived and ordered inmates to lock in, inmates refused.
-Inmate Saunders appeared to be one of the leaders.



**Erie County Sheriff's Office**
**POLICE REPORT**
**INFORMATION: INVESTIGATION**

| Complaint |
|---|
| **21-034921** |
| Report Date & Time |
| 05/17/2021 19:21 |

-Inmate Cruz was doing push ups and warming up.
-Inmates Braxton and Lawrence were walking around talking to other inmates.
-Left unit to assemble Quick Entry Team.
-Staged team 2nd floor door between Charlie and Delta.
-Opened the door to Delta to determine how it had been barricaded and was sprayed with a fire extinguisher by an unknown inmate.
-Waited for order to enter unit.

-Sgt Aldrich stated while working in his official capacity at the Correctional facility, while in Operations, he was called to the Delta housing unit for assistance.
-When he arrived on the unit he observed inmates barricaded on the north side of the unit.
-LT Sundberg was addressing the inmates.
-LT Sundberg ordered all officers off the unit.
-Later was ordered back to Delta with body cam
-Could not identify any inmates throughout the incident.

On 5/20/2021 Sr Detective McCarthy, Detective O'Hara and Detective Milbrandt responded to the Erie County Correctional Facility to conduct an interview of inmate Claymond Tyus involved in the 5/17/2021 incident. The following is a synopsis of the interview:
-Housed in Delta, approximately 5:30 pm inmates refused to lock in.
-Shawn Saunders and David Braxton were the leaders, spoke to officers.
-Inmates Josean Cruz and Ruben Marchese were pacing in front of officers and instigating the situation.
-Inmates Saunders, Braxton, William Smith, Darnell Cleveland, and David Miszko barricaded the sallyport door.
-Inmates Aaron Jacoby and Cleveland wet bed sheets and tied the sallyport door closed.
-Inmates Miszko, Marchese and Cleveland barricaded 2nd floor sallyport door.
-Inmate William Smith broke the shower window and the wifi router.
-Inmate Marchese and others broke the microwave stand and then armed themselves with pieces of the stand.
-Inmate Miszko broke a the window and door to the officers room with a table leg.
-Inmate Leggett attempted to stop Miszko from breaking in to the officers room and Miszko struck Leggett in the head with the table leg.
-Tyus blocked Miszko from striking Leggett again, then helped Leggett in to his cell and was assisted by inmate Cottom.
-Inmates Miszko, Cleveland and Getman broke in to officers room.
-Inmates Miszko, Cleveland and Getman took the officers purse and personal property.
-Inmates Miszko and Cleveland urinated on the floor in the officers room.
-Inmate Jacoby sprayed the fire extinguisher at the sallyport door and throughout the unit.
-Inmate Cleveland took the microwave out of the officers room and brought it out in to the unit.
-Multiple inmates used the microwave to make meals and coffee.
-After the microwave was used the unit was calm.
-Approximately an hour later inmates are again ordered to lock in.
-Inmates comply.

Original copies of all statements and notes will be maintained in the case file.

| Officer: 313 - MILBRANDT | Supervisor: CAPT8 - WELCH |
|---|---|

| Printed Date: | 06/22/2021 07:46 AM | Page: 12 |
|---|---|---|

mr. Blake as you can see, I'm never mentioned in these reports, you only see my name from parole, And I'm not on parole, yet they displayed my family's and my personal information for everyone to see without mine or my family's consent putting all of us in danger. The ten or so guys that was charged and sent downtown, were treated differently than us, we got 90 days ad-seg, 525.00 restitutions, no visits And no commisary, they got 90 days over their heads And no restitution, no lockdowns, And they orderd commisary, And all of them got outside charges, how can that happen.

# EXHIBIT

# B

**ERIE COUNTY SHERIFF'S OFFICE • JAIL MANAGEMENT DIVISION**
# DISCIPLINARY REPORT

| Inmate Name | ICN # | H.U. # | Date / Time of Report |
|---|---|---|---|
| Kevin Barber | 114444 | G-112 | 6/19/21  13:52 |
| **Location of Offense** | **Date/Time of Offense** | **Incident #** | **Reporting Officer** |
| Delta common area | 5/17/21       17:33 | CF-21-291 | Sgt P. Schein |

| CHARGE # | OFFENSE | CLASS |
|---|---|---|
| 105-A | Destruction of county property : Valued over $500 | A |
| 107-A | Disrupting facility operations : Blocking, damaging, picking or tampering with security device | A |
| 107-B | Disrupting facility operations : Damaging or tampering with any electrical outlet, fixture or appliance | B |
| 111-A | Rioting : Engaging in violent disorder with other inmates | A |
| 103-A | Conspiracy : Conspiracy to commit a felony or a class A disciplinary violation | A |

### NARRATIVE

On 5/17/2021 at 17:33 hours inmate refused my order to lock in. At 17:30 the facility is under a mandatory lock down. This was part of a planned group action. After the inmate refused to lock in, he took part in a riot that resulted in injury to at least two inmates and caused extensive damage to the housing area including but not limited to: security door to the officer's room, door to the slop sink, telephone and paging equipment, area T.V., Wifi equipment, officer's desk, safety mirror and various other county property. Inmate also took part in building barricades and used bed sheet to tie doors shut to prevent from entering the area. This was all done in collusion with other inmates on the housing area

I did'nt Take Part in any of these crime's, And they caint and wont Show me, or prove I did, they Just took my money and threw me in the box For ninety day's, they also gave and charged about ten other inmates with Felony's, but they did'nt charge me, So how can they convict me, when they charged other people, and eventhough I did'nt get outside charges, how can they punish me For charge's that they already have the guilty people For.

Under penalty of perjury, I attest that the above statements are true to the best of my knowledge and belief:

_Sgt P Sch____  Schein    / S-27
Signature of reporting Officer      Badge #      5/19/21
Date

### Inmate's Receipt

I have been advised of, and provided with a written copy, of the disciplinary charges filed against me.

_S-19-21 , 2059_
Inmate's Signature                    Date / Time

☒ Inmate refused to sign receipt.    Sgt B Ki / B King    S-24
Signature of Employee      Badge #

### Waiver

I understand that I am entitled to a minimum of 24 hours to prepare a defense, prior to any disciplinary proceeding. I voluntarily waive that right and request that my hearing be held at the next scheduled meeting of the Disciplinary Committee.

5-19-21
Inmate's Signature                    Date

Sgt B Ki / B King    S-24
Employee's Signature      Badge #

### SUPERVISOR'S REVIEW

This report meets the standards for disciplinary reports as established by the Jail Management Division of the Erie County Sheriff's Office.

☒ Forward to the Disciplinary Committee    Sgt B Ki / B King  S-24    5/19/21
Signature of Reviewing Supervisor      Date

☐ File

### NOTIFICATION OF INMATE'S RIGHTS

· You will be given an opportunity to be heard in your own behalf.
· You will be provided with a minimum of 24 hours in which you may prepare a defense and present it to the Disciplinary Committee. You may submit a written statement, which will be maintained as part of the record. You may request that witnesses be called to testify, or to submit written statements on your behalf.
· You will receive written notice of the decision of the Disciplinary Committee.
· You may appeal the decision of the Disciplinary Committee, in writing within two (2) business days, to the Superintendent or designee.
· If any good time is revoked, on or about ten (10) days prior to your minimum outdate, you may apply to the Disciplinary Committee for restoration of lost good time.

JMD 18 (Rev.09/17)

Erie County Sheriff's Office
## ADMINISTRATIVE/DISCIPLINARYSEGREGATION REVIEW

| | |
|---|---|
| Inmate name **Kevin Barber** | Date **5/26/21** |
| ICN# **11444** | |
| Under 18 ☐    Pregnant ☐ | Hearing officer **Chief Harris** |
| Physical disability ☐    Mental disability ☒ | |
| Serious mental illness ☐ | Hearing officer **Captain Priester** |

On this date, an Administrative Hearing was conducted regarding the security status of the above named inmate. Based upon available information, the following decision has been made:

☒     You have been classified as a **SECURITY RISK**

☐     Your Administrative Segregation has been **RESCINDED**

Based upon your security status, the following administrative restrictions shall apply to you:

**Housing**          **You will be housed in**  ___G-112___  **under the following conditions:**
- ☐ You may co-mingle with other inmates
- ☒ You may not co-mingle with other inmates and will receive time out of your cell alone
- AH ☒ You will receive one hour out of your cell plus 15 minutes to shower

**Movement**
- ☐ Same as general population
- ☒ Officer escort
- ☐ Officer & supervisor escort
- ☒ Restrained with handcuffs whenever transported within the facility
- ☐ Restrained with handcuffs and shackles whenever transported within the facility

**Recreation**
- ☒ You will attend recreation with your housing area
- ☐ You will receive two hours of recreation
- ☐ You will attend alternative recreation
- ☐ You will attend alternative recreation ALONE
- ☐ Restraints to remain in place during recreation

**Visitation**
- ☐ Contact visitation
- ☒ Non-contact visitation
- ☐ Non-contact visitation ALONE
- ☐ Restraints to remain in place during visitation

**Religious services**
- ☐ You may attend congregate worship services with the general population
- ☒ You may not attend congregate worship services with the general population. Instead, you may request ministerial visits in writing to the chaplain of your faith and individual religious services will be provided

**Library**
- ☐ You may attend the library and law library with the general population
- ☒ You may not attend the library with the general population
- ☐ You may not attend the law library. You may submit a written request for an appointment to attend the law library alone
- ☒ You may not attend the law library. You may submit written requests for specific legal materials and every reason effort will be made to provide them to you at your housing unit

**Erie County Sheriff's Office**
Jail Management Division

*106*

# Disciplinary Appeal Form

| Inmate's Name | ICN # | Current H.U. # |
|---|---|---|
| | 1494 | |
| **Date of Hearing** | **Hearing Officer** | **Date of Appeal** |
| 6/7/21 | | 10/21 |

I respectfully request an appeal of the decision of the Disciplinary Hearing Officer for the following Reason:

☐   Improper procedure was followed.
☐   **New** evidence suggesting that the decision was incorrect.

## Explain:

*(handwritten, illegible)*

Upon review of the Disciplinary Hearing Record in this case, the following determination has been made:

☐ **Appeal Granted**    Your Disciplinary Sanction is amended as follows: _____

_Screw_    _____

☐ **Appeal Granted**    You will be scheduled to appear before another Disciplinary Hearing Officer for a new hearing. You have twenty-four (24) hours to prepare a defense. Your hearing will be held on _____

☑ **Appeal Denied**    Reason: ALL PROCEDURES WERE PROPERLY FOLLOWED YOUR CLAIMS ARE UNSUPPORTED THE RULING STANDS

_____    _____
Chief / Deputy Superintendent        6.12.21
                                        Date

JMD 50 (06/2002)

Erie County Sheriff's Office
Jail Management Division

# Disciplinary Appeal Form

| Inmate's Name | ICN # | Current H.U. # |
|---|---|---|
| KEVIN Barber | # 11444 | B-1-106 |
| **Date of Hearing** | **Hearing Officer** | **Date of Appeal** |
| 6/7/21 | | 6/7/21 |

I respectfully request an appeal of the decision of the Disciplinary Hearing Officer for the following Reason:

☐ Improper procedure was followed.
☐ **New** evidence suggesting that the decision was incorrect.

**Explain:** I did'nt lock in because somebody closed my door so I locked in with 200 Jackson ON 6/7/21 I was automatically Found guilty of crimes I never took part in, contrary to popular belief ive tried to help D-Dorm in many ways (will explain at hearing), im sixty years old and ive been in this facility since 2/25/2020 and ive Never had any disciplinary problems no tickets or nothing, being that ive been Found guilty is an injustice. I was never told I could have witnesses

Upon review of the Disciplinary Hearing Record in this case, the following determination has been made:

☐ **Appeal Granted**    Your Disciplinary Sanction is amended as follows: _____

_____

☐ **Appeal Granted**    You will be scheduled to appear before another Disciplinary Hearing Officer for a new hearing.  You have twenty-four (24) hours to prepare a defense. Your hearing will be held on _____

☒ **Appeal Denied**    Reason: AFTER A THROUGH REVIEW OF ALL STATEMENTS, REPORTS RECORDS, YOUR CLAIM IS UNSUPPORTED, THE RULING STANDS

_____    6-11-21
Chief / Deputy Superintendent    Date

JMD 50 (06/2002)

## ERIE COUNTY HOLDING CENTER
# DISCIPLINARY HEARING RECORD

| Inmate Name | ICN# | Housing Unit / # | Date of Report |
|---|---|---|---|
| BARBER KEVIN | 11441 | M6 H2 | 5/19/21 |

| Location of Offense | Date / Time of Offense | Incident # | Reporting Officer |
|---|---|---|---|
| DELTA | 5/17/21 1753 | C-2-241 | SCHEIN |

| | Charges | Class | Inmate's Plea | | Findings | |
|---|---|---|---|---|---|---|
| [×] Defendant Present at Hearing | 105-A | A | G | NG | G | NG |
| [ ] Defendant Refused to Attend | 107-A | A | G | NG | G | NG |
| x _____ (Inmate's Signature) | 107-B | B | G | NG | G | NG |
| | 111-A | A | G | NG | G | NG |
| NOTES | 108-A | A | G | NG | G | NG |
| | | | G | NG | G | NG |
| | | | G | NG | G | NG |

**INMATE'S STATEMENT:**

I have never been in any problems
in this facility. I locked in another
days room

Ts 30 to 3 days KLNP in video room

| The finding of INNOCENCE / GUILT is based upon the following credible evidence presented at the hearing: | SANCTIONS IMPOSED: |
|---|---|
| [✓] Officer's direct observations. | [ ] Time Served |
| [✓] Inmate's statement(s). | [ ] Verbal Reprimand |
| [✓] Review of INCIDENT REPORT J-28. | [ ] Abeyance: _____ days; _____ days KLNP if violated |
| [✓] Review of physical evidence. | [✓] Restitution: $ 500 payable from existing/future funds |
| [✓] Witness statement(s). | [✓] Loss of privilege(s): K/ps for 90 days |
| [✓] Other Investigation | [ ] Disciplinary Segregation: _____ days |
| | [ ] Recommend Admin. Action: $25 Surcharge |

Sanctions to run for a period of ___ days, from 5/17/21 to 8/14/21

You will be returned to general population on 8/14/21 at 6:30 p.m.

**DISCIPLINARY COMMITTEE** DAY: Monday DATE: _____ TIME: _____

_____ Disciplinary Committee Signature   _____ Disciplinary Committee Signature   _____ Disciplinary Committee Signature

ECHC 19 (REV 10/18)

Erie County Sheriff's Office
**ADMINISTRATIVE/DISCIPLINARYSEGREGATION REVIEW**

Inmate name  Kevin Barber                     Date  5/26/21
ICN#  11444
Under 18  ☐          Pregnant  ☐       Hearing officer  Chief Harris
Physical disability  ☐     Mental disability  ☐
Serious mental illness  ☐                 Hearing officer  Captain Priester

---

**Hearing officer**   Continue restrictions? Yes☑ No☐     Why? _____

Signature   _Chief Harris_

**Hearing officer**   Continue restrictions? Yes☐ No☐     Why? _____

Signature   _CAPT P. Priester_

---

**Mental health**   Does continuing confinement
significantly compromise health? Yes☒ No☐   Why? Due to increase in MH
symptoms & recent increase in MH meds(dose), requesting full FHH time out.
Signature   _Danielle Williams, LCSW_

---

**Medical**   Does continuing confinement
significantly compromise health? Yes☐ No☐   Why? _____

Signature   _____

---

**Inmate**   _____

Date          Note              Date              Note

5/17    Inmate was involved in a roit on Delta

# ERIE COUNTY SHERIFF'S OFFICE • JAIL MANAGEMENT DIVISION
## DISCIPLINARY REPORT

| Inmate Name | | ICN # | H.U. # | Date / Time of Report |
|---|---|---|---|---|
| Kevin Barber | | 11444 | G-112 | 6/19/21  13:52 |
| **Location of Offense** | **Date/Time of Offense** | | **Incident #** | **Reporting Officer** |
| Delta common area | 5/17/21 | 17:33 | CF-21-291 | Sgt P. Schein |

| CHARGE # | OFFENSE | CLASS |
|---|---|---|
| 105-A | Destruction of county property : Valued over $500 | A |
| 107-A | Disrupting facility operations : Blocking, damaging, picking or tampering with security device | A |
| 107-B | Disrupting facility operations : Damaging or tampering with any electrical outlet, fixture or appliance | B |
| 111-A | Rioting : Engaging in violent disorder with other inmates | A |
| 103-A | Conspiracy : Conspiracy to commit a felony or a class A disciplinary violation | A |

### NARRATIVE

On 5/17/2021 at 17:33 hours inmate refused my order to lock in. At 17:30 the facility is under a mandatory lock down. This was part of a planned group action. After the inmate refused to lock in, he Took part in a riot that resulted in injury to at least two inmates and caused extensive damage to the housing area including but not limited to: security door to the officer's room, door to the slop sink, telephone and paging equipment, area T.V., Wifi equipment, officer's desk, safety mirror and various other county property. Inmate also took part in building barricades and used bed sheet to tie doors shut to prevent from entering the area. This was all done in collusion with other inmates on the housing area

I did'nt Take Part in any of these crime's, and they cant and wont Show me, or prove I did, they just took my money and threw me in the box for ninety day's, they also gave and changed about ten other inmates with Felony's, but they did'nt charge me, so how came they Convict me, when they Charged other-people, and eventhough I did'nt get outside charges, how can they punish me for charge's that they already have the guilty people for.

Under penalty of perjury, I attest that the above statements are true to the best of my knowledge and belief:

_Sgt P. Sch_ / S-27  Schein / Badge #  5/19/21 Date

Signature of reporting officer

| **Inmate's Receipt** | **Waiver** |
|---|---|
| I have been advised of, and provided with a written copy of, the disciplinary charges filed against me. | I understand that I am entitled to a minimum of 24 hours to prepare a defense, prior to any disciplinary proceeding. I voluntarily waive that right and request that my hearing be held at the next scheduled meeting of the Disciplinary Committee. |
| S-19-21  2059  Date / Time | 5-19-21  Date |
| Inmate's Signature | Inmate Signature |
| ☒ Inmate refused to sign receipt. | |
| Sgt B King / B King  S-24  Signature of Employee  Badge # | Sgt B King / B King  S-24  Employee's Signature  Badge # |

### SUPERVISOR'S REVIEW

This report meets the standards for disciplinary reports as established by the Jail Management Division of the Erie County Sheriff's Office.

☒ Forward to the Disciplinary Committee
☐ File

Sgt B King / B King  S-24  5/19/21
Signature of Reviewing Supervisor  Date

### NOTIFICATION OF INMATE'S RIGHTS

You will be given an opportunity to be heard in your own behalf.
You will be provided with a minimum of 24 hours in which you may prepare a defense and present it to the Disciplinary Committee. You may submit a written statement, which will be maintained as part of the record. You may request that witnesses be called to testify, or to submit statements on your behalf.
You will receive written notice of the decision of the Disciplinary Committee.
You may appeal the decision of the Disciplinary Committee, in writing within two (2) business days, to the Superintendent or designee.
If any good time is revoked, on or about ten (10) days prior to your minimum outdate, you may apply to the Disciplinary Committee for restoration of lost good time.

JMD 18 (Rev.09/17)

**Erie County Sheriff's Office**
Jail Management Division

# Disciplinary Appeal Form

| Inmate's Name | ICN # | Current H.U. # |
|---|---|---|
| KEVIN Barber | # 11444 | B-1-106 |
| **Date of Hearing** | **Hearing Officer** | **Date of Appeal** |
| 6/7/21 | | 6/7/21 |

I respectfully request an appeal of the decision of the Disciplinary Hearing Officer for the following Reason:

☐     Improper procedure was followed.
☐     **New** evidence suggesting that the decision was incorrect.

**Explain:** I did'nt lock in because somebody closed my door so I locked in with 205 Jackson On 6/7/21 I was automatically found guilty of crimes I never took part in, contrary to popular belief ive tried to help D-Dorm in many ways (will explain at hearing), im Sixty years old and ive been in this facility since 2/25/2020 and ive never had any disciplinary problems no tickets or nothing, being that ive been found guilty is an injustice. I was never told I could have witnesses

Upon review of the Disciplinary Hearing Record in this case, the following determination has been made:

☐ **Appeal Granted**    Your Disciplinary Sanction is amended as follows: _____

_____

☐ **Appeal Granted**    You will be scheduled to appear before another Disciplinary Hearing Officer for a new hearing. You have twenty-four (24) hours to prepare a defense. Your hearing will be held on_____

☒ **Appeal Denied**    Reason: AFTER A THROUGH REVIEW OF ALL STATEMENTS, REPORTS RECORDS, YOUR CLAIM IS UNSUPPORTED. THE RULING STANDS

_____      6-11-21
Chief / Deputy Superintendent          Date

JMD 50 (06/2002)

## ERIE COUNTY HOLDING CENTER
# DISCIPLINARY HEARING RECORD

| Inmate Name | ICN# | Housing Unit / # | Date of Report |
|---|---|---|---|
| DAISER KEVIN | 114421 | G-117 | 5/19/21 |

| Location of Offense | Date / Time of Offense | Incident # | Reporting Officer |
|---|---|---|---|
| DELTA | 5/17/21 1733 | C-2-04 | SCHEIN |

| | Charges | Class | Inmate's Plea | | Findings | |
|---|---|---|---|---|---|---|
| [X] Defendant Present at Hearing | 105-A | A | G | NG | G | NG |
| [ ] Defendant Refused to Attend | 107-A | A | G | NG | G | NG |
| X _____ (Inmate's Signature) | 107-B | B | G | NG | G | NG |
| | 111-A | D | G | NG | G | NG |
| NOTES | 103-A | A | G | NG | G | NG |
| | | | G | NG | G | NG |
| | | | G | NG | G | NG |

**INMATE'S STATEMENT:**

I have never been in any problems in this facility. I locked in mellow guys Room.

Is 22 168 Days KLNP + N video visit

| The finding of INNOCENCE / GUILT is based upon the following credible evidence presented at the hearing: | SANCTIONS IMPOSED: |
|---|---|
| [✓] Officer's direct observations. | [ ] Time Served |
| [✓] Inmate's statement(s). | [ ] Verbal Reprimand |
| [✓] Review of INCIDENT REPORT J-28. | [ ] Abeyance: _____ days; _____ days KLNP if violated |
| [✓] Review of physical evidence. | [✓] Restitution: $ 500.00 payable from existing/future funds |
| [✓] Witness statement(s). | [ ] Loss of privilege(s): N/V VIS for 50 days |
| [✓] Other ___Investigation___ | [ ] Disciplinary Segregation: _____ days |
| | [ ] Recommend Admin. Action: 168 Seg/KLNP |

Sanctions to run for a period of ___?___ days, from 5/19/21 to 8/14/21 KLNP
You will be returned to general population on 8/14/21 at 6:30 p.m.

| DISCIPLINARY COMMITTEE | DAY: Monday | DATE: 4/31/21 | TIME: 0935 |
|---|---|---|---|
| Sgt. S.B. _____ Disciplinary Committee Signature | _____ Disciplinary Committee Signature | _____ Disciplinary Committee Signature | |

ECHC 19 (REV 10/18)

**Erie County Sheriff's Office**
Jail Management Division

# Disciplinary Appeal Form

| Inmate's Name | ICN # | Current H.U. # |
|---|---|---|
| Kevin _____ | 1444 | 18 1-100 |
| **Date of Hearing** | **Hearing Officer** | **Date of Appeal** |
| 4/7/21 | Colewski | /11/21 |

I respectfully request an appeal of the decision of the Disciplinary Hearing Officer for the following
Reason:

☐    Improper procedure was followed.
☐    **New** evidence suggesting that the decision was incorrect.

**Explain:**

_There is no way after statements, reports, and records, that you could find me guilty of anything but keep in mind that if im guilty of anything its being housed in delta, and I didn't put me there, I've never seen such injustice of _____ caliber, all grievances have no merit, and all appeals are denied, you took my family, took my money but you can't take my integrity_

Upon review of the Disciplinary Hearing Record in this case, the following determination has been made:

☐ **Appeal Granted**    Your Disciplinary Sanction is amended as follows: _____

_Schew_    _____

☐ **Appeal Granted**    You will be scheduled to appear before another Disciplinary Hearing Officer for a
new hearing. You have twenty-four (24) hours to prepare a defense. Your hearing
will be held on_____

☑ **Appeal Denied**    Reason: _All Procedures were properly followed_
_Your claims are unsupported, the ruling stands_

_____        6/2/21
Chief / Deputy Superintendent            Date

JMD 50 (06/2002)

# AFFIDAVIT OF SERVICE

State of New York    )
County of Livingston )  ss.:

_____Kevin Barber_____, being duly sworn, deposes and says:

That on the __13___ day of ___November____, 20 _22_ , I served a true copy of the

within: _Amended copy of Section §1983 civil lawsuit._____,

by depositing the same, endorsed in a postpaid properly addressed envelope, in the

official depository in Groveland Correctional Facility under the exclusive care and

custody of the New York State Department of Corrections and Community Supervision

Services, addressed and sent to the following individuals at the addresses designated by

them:

<div align="center">

1.) United States District Court

200 U.S. Courthouse

2 Niagara Sq.

Buffalo, New York 14202-3498

</div>

DIN # _22-B-0033_____

Groveland Correctional Facility
PO Box 50
Sonyea, NY  14556

SWORN BEFORE ME THIS _13_

DAY OF _November_, 20 _22_

NOTARY PUBLIC

Livingston County, New York STAMP:[                                    ]

J. EDWARD BROWN
NOTARY PUBLIC-STATE OF NEW YORK
No. 01BR6324801
Qualified in Erie County
My Commission Expires 05-11-2023

# VERIFICATION

**STATE OF NEW YORK**                                    }
**COUNTY OF** <u>LIVINGSTON</u>                          } ss.:

    I, <u>   Kevin Barber   </u>, being duly sworn deposes
                  [Petitioner/Relator name printed]
and says:

     That I am the Petitioner/Relator to the proceeding within, and that I have read
the forgoing documents:

<u>Amendment for Section USC §1983 Civil Lawsuit.</u>

<u> </u>

and supporting papers, and know the contents thereof, that the same is true to
the best of my own knowledge, except as to matters therein stated upon
information and belief, which matters I believe to be true.

Petitioner/Relator    /Kevin Barber

<u> 22B0033</u>
DIN Number

Sworn to before me this

<u>13</u> day of <u>November</u>, 20<u>22</u>

          NOTARY PUBLIC
LIVINGSTON COUNTY, NEW YORK --STAMP:[                                    ]

J. EDWARD BROWN
NOTARY PUBLIC-STATE OF NEW YORK
No. 01BR6324801
Qualified in Erie County
My Commission Expires 05-11-2023

neopost
11/14/2022
**US POSTAGE** $002.88⁰
ZIP 14556
041L11253830

GROVELAND
CORRECTIONAL FACILITY
14556-0050

USDC - WDNY
NOV 16 2022
BUFFALO

21-CV-960

United States District Court
200 U.S. Courthouse
2 Niagara Sq.
Buffalo, New York 14202-3498

RE: 21 CV-960

Kevin Barber 22B0033 K-1 30
Groveland Correctional Facility
7000 Sonyea Rd., P.O. Box 50
Sonyea, New York 14556-0050

LEGAL MAIL